# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KURT CARSON, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:16-CV-00615-AGF |
| GENE STUBBLEFIELD, et al., | ) |
| Defendant(s). | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. Plaintiff has submitted an unsigned complaint [Doc. 1], as well as an unsigned motion to file an amended complaint [Doc. 4]. "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Fed.R.Civ.P. 11(a). In light of the unsigned filings in this case, the Court will order the Clerk to return the unsigned original complaint and motion to file an amended complaint to plaintiff so that he may sign and return them to the Court for filing. Upon receipt of the signed documents, the Court will review this matter pursuant to 28 U.S.C. § 1915.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return the unsigned original

complaint [Doc. 1] and motion to file an amended complaint [Doc. 4] to plaintiff.

**IT IS FURTHER ORDERED** that plaintiff shall sign the complaint and motion to file an amended complaint and return them to the Court within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this case will be dismissed without prejudice and without further notice.

Dated this 15th day of June, 2016.

_____
**AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE**